IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DALJIT SINGH,**
**ALIEN # A072-400-726,**

    **Petitioner,**

vs.                                     Case Number 4:11cv207-MP/WCS

**ERIC HOLDER,**
**JANET NAPOLITANO,**
**MICHAEL ROZOS,**
**DAVID HARVEY, and**
**DEPT. OF HOMELAND SECURITY,**

    **Respondents.**

                                  /

## REPORT AND RECOMMENDATION

This case was initiated by the *pro se* Petitioner on May 9, 2011, doc. 1, by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Service was directed on May 17, 2011, doc. 3, and Respondents have now filed a motion to dismiss asserting that this case is moot because "Petitioner was removed from the United States to India on July 11, 2011." Doc. 11. As the Court can no longer provide relief on this petition, and Petitioner has been released from custody, the case is moot and the motion should be granted.

In light of the foregoing, it is respectfully **RECOMMENDED** that the motion to dismiss, doc. 11, be **GRANTED**, and this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by Petitioner **Daljit Singh**, doc. 1, be **DISMISSED as moot** because Petitioner has been removed from the United States.

**IN CHAMBERS** at Tallahassee, Florida, on July 15, 2011.

 s/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**