IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DALJIT SINGH,

    Petitioner,

v.                                                CASE NO. 4:11-cv-00207-MP-WCS

DEPARTMENT OF HOMELAND SECURITY, DAVID HARVEY, ERIC H HOLDER, JR, MARC MOORE, JANET NAPOLITANO, MICHAEL ROZOS,

    Respondents.

_____/

## O R D E R

This matter is before the Court on Doc. 12, Report and Recommendation of the Magistrate Judge, which recommends that respondents' motion to dismiss be granted and this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 be dismissed as moot because petitioner has been removed from the United States.  Petitioner has not objected to the recommendation, and the time for doing so has passed.  Finding no plain error, it is accordingly

**ORDERED AND ADJUDGED:**

1.    The Report and Recommendation of the Magistrate Judge, Doc. 12, is ACCEPTED and incorporated herein.

2.    Respondents' motion to dismiss, Doc. 11, is GRANTED.

3.    The petition for writ of habeas corpus, Doc. 1, is DISMISSED as moot.

**DONE AND ORDERED** this  *25th* day of August, 2011



*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge